UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 23-08505-SPG-PVC | Date | September 18, 2024 |
|---|---|---|---|
| Title | Zhejiang Panan Kanglida Industry Ltd. et al v. Pilot Inc. et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:**    **(IN CHAMBERS) ORDER**

Plaintiffs Zhejiang Panan Kanglida Industry Co., Ltd. and Jinhua Wei Zhuo Import and Export Co., Ltd. (together, "Plaintiffs") are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (finding court has inherent power to dismiss on its own motion for lack of prosecution).

The time periods described below have not been met. Accordingly, the Court, on its own motion, orders Plaintiffs to show cause, in writing, **on or before September 26, 2024,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiffs response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a Defendant within 90 days after the complaint is filed. Plaintiffs have failed to file a proof of service on Defendant **Michael Du** within 90 days of the filing of the First Amended Complaint. Plaintiffs can satisfy this order by showing that service was effectuated within the 90-day deadline or by showing good cause for their failure to do so. Fed. R. Civ. P. 4(m).

Plaintiffs obtained entry of default as to Defendants **Pilot Inc.** and **Calvin Wang**, pursuant to Fed. R. Civ. P. 55(a), (ECF No. 42), but Plaintiffs have not sought default judgment pursuant to Fed. R. Civ. P. 55(b). Plaintiffs can satisfy this order by seeking default judgment

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 23-08505-SPG-PVC | Date | September 18, 2024 |
| Title | Zhejiang Panan Kanglida Industry Ltd. et al v. Pilot Inc. et al | | |

or by notifying the Court that default judgment will not be sought, at which point the clerk will close this matter.

**IT IS SO ORDERED**.

00          00

:

Initials of Preparer    pg