UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:23-cv-08505-SPG-PVC         Date October 3, 2024

Title: Zhejiang Panan Kanglida Industry Co., Ltd. et al v. Pilot Inc. et al

Present: The Honorable SHERILYN PEACE GARNETT

| Patricia Gomez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 10/2/2024 .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer    pg